IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STATE OF ARKANSAS**

**v.**                                             **4:10CM00019-WRW**

**STACY ABRAM, IV**

## ORDER

On March 11, 2010, Defendant filed a Notice of Removal from the criminal division of the Circuit Court of Crittenden County, Arkansas.[1] Defendant asserts, but has not shown, that Arkansas Courts will not protect his rights under federal law. Further, Defendant's assertions are not proper grounds for removal. Accordingly, this case is remanded to the Circuit Court of Crittenden County, Arkansas. All pending motions in this case are DENIED as MOOT.

IT IS SO ORDERED this 18th day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.